ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 18 2015

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

GERMAN MUNOZ-HOYOS,
    a.k.a. Proto,
    a.k.a. Proto Nuevo,
    a.k.a. Pancho

CRIMINAL INDICTMENT

NO. 1 15-CR-314

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From in or about October 2014, and continuing thereafter up to and including the date of this Indictment, the exact dates being unknown to the Grand Jury, in the Northern District of Georgia, the Republic of Colombia, the Republic of Guatemala, and elsewhere, the defendant,

GERMAN MUNOZ-HOYOS,
    a.k.a. Proto,
    a.k.a. Proto Nuevo,
    a.k.a. Pancho,

and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to knowingly and intentionally distribute a controlled substance, knowing and intending that such substance would be unlawfully imported into the United States, said conspiracy involving five (5) kilograms or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 959(a)(1), 959(a)(2), 959(c), 960(a)(3), 960(b)(1)(B)(ii), and 963.

## FORFEITURE PROVISION

1.  Upon conviction of the controlled substance offenses alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

    a.  MONEY JUDGMENT: A sum of money in United States currency equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

2.  If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

A __True__ BILL

_____
FOREPERSON

JOHN A. HORN
UNITED STATES ATTORNEY

SANDRA E. STRIPPOLI
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 688565